UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHERYL A. SOUTHERLAND                    CASE NO.  C-1-02-0162

      Plaintiff-Appellee                       Judge S. Arthur Spiegel

v.

SYCAMORE COMMUNITY SCHOOL                 **NOTICE OF APPEAL**
DISTRICT BOARD OF EDUCATION

      Defendant-Appellant

     Notice is hereby given that Sycamore Community School District Board of

Education appeals to the United States Court of Appeals for the Sixth Circuit from

the Judgment in Civil Case entered in this action on August 15, 2003.

R. Gary Winters   0018680
Attorney for Defendant-Appellant
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH   45202-2442
(513) 421-4646
rgwinters@zoomtown.com

cc:    Mark W. Napier
       Randolph Freking
       6th Cir. Court of Appeals