**FREKING & BETZ**
**215 EAST NINTH STREET**
**FIFTH FLOOR**
**CINCINNATI, OHIO  45202**
**(513) 721-1975**



PLAINTIFF'S
EXHIBIT

D

Page: 1
September 12, 2003
Client Number  2036S
Statement No:  22591

CHERYL SOUTHERLAND
3646 PROVILLO ROAD
MORROW  OH  45152

LITIGATION - SYCAMORE COMMUNITY SCHOOL

**STATEMENT FOR SERVICES**

Professional services

|  |  |  | Hours |
|---|---|---|---|
| 01/11/00 | MWN | Review Intake Sheet | 0.20 |
| 01/12/00 | MWN | Conference with Cheryl | 1.00 |
| 01/14/00 | MWN | Draft letter to Bruce Armstrong | 1.00 |
| 01/15/00 | LC | Draft letter to doctors regarding medical bills/records | 0.50 |
| 01/18/00 | MWN | Review file | 1.50 |
| 01/19/00 | MWN | Draft letter EEOC regarding: intake interview | 0.50 |
|  | MWN | Draft letter Cheryl | 0.50 |
| 01/27/00 | MWN | Review letter from B. Armstrong regarding documents | 0.70 |
| 02/08/00 | MWN | Draft letter to EEOC enclosing documents received from Sycamore | 0.20 |
| 02/09/00 | MWN | Conference at Montgomery Elementary with Bucholz and Phillips | 3.00 |
| 02/10/00 | MWN | Telephone conference with Peggy Phillips, Sycamore Employee Development Center | 0.30 |
| 02/17/00 | MWN | Review fax from P. Phillips | 0.20 |
| 02/18/00 | MWN | Draft letter to P. Phillips, enclosing EEOC Affidavit | 0.20 |
| 02/20/00 | MWN | Telephone conference with Cheryl; telephone conference with Phillips. | 0.30 |
| 03/10/00 | MWN | Review letter EEOC regarding mediation dates and enclosures | 0.30 |
|  | MWN | Draft letter to Cheryl regarding mediation | 0.10 |
| 03/14/00 | MWN | Draft letter Cheryl regarding enclosures from EEOC regarding Mediation. | 0.20 |
| 03/16/00 | MWN | Draft letter B. Armstrong regarding negotiation for documents | 0.20 |

```
                                                              Page:  2
CHERYL SOUTHERLAND                                September 12, 2003
                                                 Client Number  2036S
                                                 Statement No:  22591

LITIGATION - SYCAMORE COMMUNITY SCHOOL
```

|  |  |  | Hours |
|---|---|---|---|
| 04/03/00 | MWN | Review letter response from B. Armstrong. | 0.10 |
| 04/05/00 | MWN | Draft letter B. Armstrong requesting records | 0.10 |
| 04/14/00 | LC | Draft letter City of Mont EMS regarding run report of 1/31/00 | 0.10 |
|  | LC | Draft letter Bethesda North regarding request itemized bill and medical recordes from 1/1/00 to present | 0.10 |
|  | LC | Draft letter Northeast Radiology regarding request for itemized bill for 1/31/00 | 0.10 |
|  | LC | Draft letter to Qualified Emergency Specialists regarding request for itemized bill for 1/31/00 | 0.10 |
|  | LC | Draft letter to Dr. Murthy regarding request for medical records from 2/6/00 to present and itemized bill | 0.20 |
| 04/19/00 | MWN | Prepare for EEOC mediation | 1.50 |
| 04/20/00 | MWN | Attend EEOC mediation; conference Cheryl | 5.00 |
| 04/24/00 | MWN | Telephone conference with Cheryl | 0.30 |
| 04/26/00 | MWN | Review fax from Cheryl | 0.10 |
|  | MWN | Draft letter Cheryl regarding fax | 0.40 |
|  | MWN | Draft letter Qualified Emergency Specialists egarding request for bill | 0.10 |
| 05/04/00 | LC | Draft letter to Dr. Murthy regarding request for medical | 0.10 |
| 05/13/00 | MWN | Drafting of Complaint; draft letter to Cheryl | 1.50 |
| 05/23/00 | MWN | Fax to Feiertag, EEOC | 0.20 |
| 06/01/00 | MWN | Telephone conference with Feiertag, EEOC | 0.20 |
| 06/09/00 | LC | Draft letter 2nd Request Bethesda North regarding certified copies of records 1/1/00 to present | 0.10 |
|  | MWN | Draft letter to Feiertag enclosing documents received from Syamore | 0.10 |
| 06/19/00 | MWN | Conference at EEOC with Feiertag and Cheryl | 2.70 |
| 06/22/00 | MWN | Review letter from Feiertag | 0.30 |
| 06/27/00 | MWN | Review file regarding request from EEOC | 0.40 |
| 06/28/00 | MWN | Draft letter EEOC regarding same | 0.20 |
| 08/07/00 | MWN | Finalize Complaint and file | 0.80 |
| 08/10/00 | LC | Draft letter Smart Corp. regarding medical records Bethesda North | 0.10 |
|  | MWN | Draft letter Feiertag enclosing copy of complaint | 0.10 |
|  | MWN | Draft letter to Cheryl enclosing copy of filed Complaint | 0.10 |

Page: 3
September 12, 2003
Client Number  2036S
Statement No:  22591

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 08/16/00 | MWN | Review notice from Court | 0.10 |
| 09/01/00 | MWN | Review pleading - Winter | 0.20 |
| 09/08/00 | MWN | Telephone conference with Gary Winters | 0.10 |
| 10/12/00 | LC | Fax to Dr. Murthy regarding request for itemized bills and records 3/22 to present | 0.10 |
| 11/01/00 | MWN | Review Interrogatories and Request for Production | 0.40 |
| 11/05/00 | MWN | Review file | 0.70 |
| 11/12/00 | MWN | Review file; prepare answers | 0.80 |
| 01/05/01 | MWN | Review file; prepare answers; Draft letter Cheryl | 1.10 |
| 01/08/01 | MWN | Finalize Answers | 0.80 |
| 01/10/01 | MWN | Draft letter Winters regarding Answers to Interrogatories and responses to Request for Production of Documents | 0.40 |
|  | MWN | Review Notice from Court | 0.10 |
| 01/15/01 | LC | Draft letter to EEOC regarding NORTS | 0.10 |
| 01/22/01 | LC | Draft letter Dr. Murthy regarding request for medical records and item. bill | 0.20 |
| 02/01/01 | MWN | Review file; begin draft of settlement demand | 0.90 |
| 02/05/01 | MWN | Continue draft of settlement demand | 1.00 |
| 02/09/01 | MWN | Finalize demand; draft letter Winters regarding same | 0.60 |
| 02/20/01 | MWN | Draft letter Winters enclosing medical records and bill for Dr. Murthy and bill from Mercy Medical Association and updated special listing | 0.20 |
| 03/13/01 | MWN | Draft letter Cheryl regarding status of case and motion for deposition | 0.50 |
| 03/15/01 | MWN | Draft letter Dr. Murthy regarding request for narrative report | 0.30 |
| 03/19/01 | MWN | Draft letter Cheryl regarding trial date | 0.20 |
| 03/22/01 | MWN | Drafting of Amended Complaint and stipulation of leave | 0.70 |
| 03/29/01 | MWN | Prepare for deposition; attend deposition of Cheryl. | 5.70 |
| 04/02/01 | MWN | Draft letter Winters regarding Amended Complaint and Stipulation | 0.20 |

Page: 4
September 12, 2003
Client Number  2036S
Statement No:  22591

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  | Hours |
|---|---|---|
| 04/06/01 MWN Draft letter Winters | | 0.10 |
| 04/07/01 MWN Telephone conference with Winters regarding Stipulation | | 0.10 |
| 04/08/01 MWN Review narrative report from Dr. Murthy | | 0.40 |
| 04/11/01 MWN Draft letter Cheryl | | 0.10 |
| MWN Draft letter Winters | | 0.10 |
| 04/17/01 MWN Review Answer to Amended Complaint | | 0.20 |
| 04/27/01 MWN Draft letter to Dr. Murthy | | 0.10 |
| 05/07/01 MWN Review letter from court reporter regarding Cheryl's transcript | | 0.10 |
| 05/08/01 MWN Draft letter to Cheryl regarding transcript | | 0.10 |
| 05/18/01 MWN Review EEOC determination | | 0.20 |
| 06/29/01 MWN Draft Notice of Deposition; draft letter to Winters regarding same | | 0.80 |
| 07/20/01 MWN Draft letter to Cheryl regarding EEOC concilliation | | 0.10 |
| 07/23/01 MWN Review file; Draft letter EEOC regarding summary | | 0.90 |
| 07/24/01 MWN Finalize summary and draft letter to Feiertag regarding same | | 0.40 |
| 07/26/01 MWN Review fax from Feiertag and conciliation agreement | | 0.30 |
| 07/27/01 MWN Conference with Cheryl; attend conciliation meeting at EEOC | | 2.50 |
| 08/17/01 MWN Review letter from EEOC; ref case to DOJ | | 0.10 |
| 08/19/01 MWN Telephone conference with Winters regarding depositions | | 0.30 |
| 08/21/01 MWN Review letter Winter confirming deposition | | 0.10 |
| 08/22/01 MWN Draft letter Cheryl regarding deposition dates | | 0.10 |
| 09/03/01 MWN Review file materials; prepare exhibits; prepare for depositions | | 6.00 |
| 09/04/01 MWN Attend depositions of Peggy Phillips and John Buchholz | | 4.00 |
| 09/05/01 MWN Attend depositions of John Buchholz (continued) and Janet Schultz | | 4.00 |
| 09/10/01 MWN Draft letter to Ace Reporting | | 0.10 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  | Hours |
|---|---|---|
| 09/20/01 MWN Draft letter to Cheryl | | 0.10 |
| 09/21/01 MWN Draft letter to Cheryl | | 0.10 |
| 09/24/01 MWN Draft letter to Ace | | 0.10 |
| 10/02/01 MWN Review file | | 0.20 |
| 10/12/01 MWN Prepare Notice of Change of firm | | 0.20 |
| MWN Letter to attorney Gary Winters. | | 0.10 |
| MWN Memo regarding request for NORTS. | | 0.20 |
| 10/16/01 MWN Review letter - Winter regarding Motion for Summary Judgment; review MSJ | | 0.70 |
| 10/24/01 MWN Telephone conference with Cheryl. | | 0.30 |
| 10/25/01 MWN Prepare Entry of Dismissal | | 0.10 |
| 10/26/01 MWN Draft letter to Winters regarding notice of dismissal | | 0.10 |
| 10/30/01 MWN Review Notice from Court | | 0.10 |
| 10/31/01 MWN Telephone conference with Margie Ging, EEOC. | | 0.20 |
| 11/01/01 MWN Letter to Cheryl. | | 0.20 |
| MWN Prepare verification of representation form. | | 0.20 |
| 11/20/01 MWN Letter to EEOC. | | 0.30 |
| 12/05/01 MWN Review message from Tom Feiertag at EEOC. | | 0.10 |
| 01/02/02 MWN Legal research. | | 0.20 |
| 01/07/02 MWN Telephone call to Cindy Piccoro regarding status of NORTS (left message). | | 0.10 |
| 01/08/02 CAP Review message from Mark Napier. | | 0.10 |
| 01/15/02 CAP Telephone conference with L. Watson at EEOC; fax NORTS request to L. Watson; conference with Mark Napier. | | 0.40 |
| MWN Conference with Cindy Piecoro. | | 0.10 |
| 01/30/02 MWN Review correspondence from U.S.D.O.J. | | 0.10 |
| 01/31/02 MWN Review correspondence to EEOC. | | 0.10 |
| CAP Receive NORTS; draft letter to EEOC requesting file. | | 0.40 |
| 02/21/02 MWN Review FOIA materials from EEOC. | | 0.70 |
| 02/25/02 MWN Telephone conference with Cheryl. | | 0.20 |
| 03/05/02 RHF Conference with Mark Napier | | 0.50 |
| MWN Conference with Randy Freking | | 0.50 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 03/06/02 | MWN | Draft Complaint. | 1.80 |
| 03/07/02 | MWN | Draft Complaint. | 1.80 |
|  | RHF | Review Complaint; conference with Mark Napier | 0.50 |
|  | MWN | Conference with Randy Freking | 0.20 |
| 03/08/02 | MWN | Draft Complaint. | 1.40 |
|  | MWN | Draft correspondence to counsel. | 0.20 |
| 03/13/02 | KJH | Prepare Waiver; letter to Cheryl. | 0.30 |
| 03/14/02 | AKC | Conference with Kathi Huber; review Complaint. | 0.20 |
|  | KJH | Conference with Suzanne Mehl. | 0.10 |
| 03/18/02 | AKC | Telephone conference with Cheryl. | 0.10 |
|  | AC | Update pleading board. | 0.10 |
| 03/20/02 | MWN | Review correspondence from Beth Weber. | 0.10 |
| 03/28/02 | AC | Update pleading board. | 0.10 |
| 04/05/02 | JT | Review file and documents; draft witness list. | 1.70 |
|  | AKC | Conference with Jennifer Trakas. | 0.10 |
|  | JT | Conference with Suzanne Mehl. | 0.10 |
| 04/08/02 | AKC | Conference with Jennifer Trakas. | 0.10 |
|  | JT | Conference with Suzanne Mehl. | 0.10 |
| 04/09/02 | JT | Organize documents. | 3.80 |
| 04/27/02 | AKC | Review file. | 0.20 |
| 05/08/02 | MWN | Telephone conference with Cheryl. | 0.10 |
| 05/17/02 | KJH | Answer Comparison. | 0.40 |
| 05/20/02 | MWN | Review Answer Comparison. | 0.20 |
|  | MWN | Update CSR. | 0.10 |
| 05/21/02 | MWN | Review Notice of Preliminary Pre-trial Conference. | 0.10 |
| 05/22/02 | AC | Update pleading board. | 0.10 |
| 05/23/02 | AC | Update pleading board. | 0.10 |
| 06/21/02 | KJH | Draft Rule 26 disclosure. | 0.20 |
| 07/01/02 | MWN | Review voice mail from Cheryl. | 0.10 |
|  | MWN | Telephone conference with Cheryl. | 0.20 |
| 07/03/02 | MWN | Telephone conference with G. Winters, Esq.. | 0.20 |
| 07/10/02 | AC | Update pleading board. | 0.10 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 07/22/02 | MWN | Review file; update CSR. | 0.70 |
| 07/23/02 | MWN | Review voice mail from J. Spiegel's office; telephone call to Cheryl (left message). | 0.20 |
| 07/24/02 | MWN | Conference with Cheryl; review Notice regarding Preliminary Pre-Trial. | 0.20 |
| 07/29/02 | AC | Update pleading board. | 0.10 |
| 08/01/02 | MWN | Review correspondence from G. Winters, Esq. | 0.10 |
| 08/13/02 | MWN | Telephone conference with Sharon at G. Winters, Esq. | 0.10 |
|  | MWN | Telephone call to Cheryl (left message). | 0.10 |
| 08/19/02 | AKC | Review file; draft memo to Mark Napier. | 0.10 |
|  | MWN | Review voice mail from Cheryl. | 0.10 |
|  | MWN | Review memo - Suzanne Mehl. | 0.10 |
| 08/21/02 | MWN | Telephone conference with Gary Winter's office; telephone call to Cheryl (left message); review file; draft memo to Kathi Huber. | 0.60 |
|  | MWN | Telephone conference with Cheryl. | 0.10 |
|  | KJH | Review memo - Mark Napier. | 0.10 |
| 08/23/02 | KJH | Telephone conference with Cindy Oliver; telephone conference with Ace Reporting; voice mail to Mark Napier. | 0.20 |
| 08/24/02 | MWN | Review voice mail - Kathi Huber. | 0.10 |
| 08/28/02 | KJH | Conference with Mark Napier; telephone conference with Ace Reporting. | 0.10 |
|  | MWN | Conference with Kathi Huber. | 0.10 |
| 08/29/02 | MWN | Conference with Randy Freking | 0.10 |
|  | RHF | Conference with Mark Napier | 0.10 |
| 08/30/02 | MWN | Prepare for deposition of Cheryl; attend deposition of Cheryl. | 1.00 |
| 09/13/02 | MWN | Review letter from Ace | 0.10 |
| 09/16/02 | MWN | Review voice mail from Cheryl. | 0.10 |
| 09/18/02 | NAS | Voice Mail to Mark Napier. | 0.10 |
| 09/19/02 | MWN | Review voice mail from Nicole Seeling. | 0.10 |
| 09/24/02 | MWN | Telephone call to G. Winters (left message). | 0.10 |
|  | NAS | Conference with Mark Napier. | 0.10 |
|  | MWN | Telephone call to G. Winters (left message). | 0.10 |
|  | KJH | Draft e-mail to Winter | 0.10 |
|  | MWN | Conference with Nicole Seeling. | 0.10 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL


|  |  | Hours |  |
|---|---|---|---|
| 09/30/02 NAS | Review file; draft Rule 26 disclosures. | 3.00 | |
| 10/01/02 NAS | Conference with Mark Napier; draft letter to Dr. Murthy; telephone conference with Mercy Medical Associates; draft letter to Cheryl; prepare medical authorizations; organize documents. | 0.50 | |
| MWN | Conference with Nicole Seeling. | 0.10 | |
| 10/02/02 MWN | Conference with Heather Hersh. | 0.10 | |
| MWN | Review voice mail from G. Winters. | 0.10 | |
| 10/07/02 NAS | Amend Rule 26 disclosures; draft letter to Mercy Medical, Meijer Pharmacy, and Dr. Murthy. | 0.50 | |
| 10/08/02 NAS | Conference with Mark Napier. | 0.10 | |
| MWN | Review voice mail from Cheryl. | 0.10 | |
| MWN | Review documents begin produced; conference with Nicole Seeling. | 0.40 | |
| 10/09/02 NAS | Draft letter to G. Winters. | 0.10 | |
| 10/10/02 MWN | Telephone call to G. Winters, Esq. | 0.10 | |
| 10/14/02 MWN | Telephone call to Cheryl (left message). | 0.10 | no charge |
| 10/16/02 MWN | Telephone conference with J. Spiegel's office; telephone call to Cheryl (left message). | 0.10 | |
| AC | Update pleading board. | 0.10 | |
| 10/17/02 MWN | Telephone conference with Cheryl; draft memo. | 0.30 | |
| 10/19/02 MWN | Review Notice from Court | 0.10 | |
| 10/21/02 MWN | Draft memo to law clerk. | 0.20 | |
| MWN | Telephone conference with Dr. Marte. | 0.20 | |
| LC | Review Memo - Mark Napier. | 0.10 | |
| 10/22/02 NAS | Telephone conference with Dr. David Seltzer; draft memo to Mark Napier. | 0.20 | |
| MWN | Review memo from Nicole Seeling. | 0.10 | |
| MWN | Review Notice from Court. | 0.10 | |
| 10/24/02 NAS | Review letter Meijer | 0.10 | |
| 10/25/02 AC | Update pleading board. | 0.10 | |
| 10/28/02 AC | Update pleading board. | 0.10 | |
| 10/29/02 NAS | Draft letter G. Winters; send reminder to Mercy Medical. | 0.20 | |
| MWN | Review medical report from Dr. Murthy; e-mail to Dr. Lewis. | 0.40 | |
| MWN | Draft Memo to Nicole Seeling. | 0.10 | |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 10/30/02 | NAS | Telephone conference with Dr. Murthy; draft letter to G. Winters. | 0.20 |
| 11/01/02 | MWN | Review voice mail from Cheryl; telephone conference with Cheryl. | 0.10 |
| 11/04/02 | MEC | Conference with Mark. | 0.10 |
|  | MWN | Conference with Megan Clark. | 0.10 |
| 11/05/02 | MEC | Attend preliminary pre-trial conference. | 0.60 |
|  | MWN | Review file; preparation of case plan. | 1.20 |
|  | MEC | Draft memo Mark Napier. | 0.20 |
| 11/06/02 | NAS | Telephone conference with Mercy Medical. | 0.10 |
|  | NAS | Review file; draft memo to Jennifer Trakas. | 0.20 |
|  | JT | Review file. | 0.80 |
|  | MWN | Review memo from Megan Clark. | 0.10 |
|  | NAS | Draft Fax to Mercy Medical | 0.10 |
| 11/07/02 | JT | Review memo Nicole Seeling. | 0.10 |
| 11/11/02 | JT | Conference with Mark Napier regarding discovery requests; draft request for discovery requests. | 0.50 |
|  | MWN | Conference with Jennifer Trakas. | 0.10 |
| 11/12/02 | JT | Telephone conference with Mark Napier regarding discovery requests. | 0.10 |
|  | MWN | Review Preliminary Pre-trial Order | 0.10 |
|  | MWN | Telephone conference with Jennifer Trakas. | 0.10 |
| 11/13/02 | JT | Telephone conference with Mark Napier regarding discovery requests. | 0.10 |
|  | MWN | Telephone conference with Jennifer Trakas. |  |
| 11/14/02 | AC | Update pleading board. | 0.10 |
|  | JT | Review file. | 1.90 |
|  | JT | Review draft discovery. | 0.20 |
| 11/18/02 | AC | Update pleading board. | 0.10 |
|  | JT | Review documents from basement file. | 3.00 |
| 11/22/02 | NAS | Review file; telephone conference with Mercy Medical. | 0.20 |
|  | NAS | Review file; telephone conference with health care providers. | 0.20 |
| 11/26/02 | MWN | Draft discovery requests. | 0.70 |
| 11/27/02 | JT | Conference with Mark Napier regarding requests for document production. | 0.10 |
|  | MWN | Conference with Jennifer Trakas. | 0.10 |
| 11/29/02 | MWN | Draft discovery requests and correspondence to G. Winters; review A. Voluse file. | 3.00 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 12/02/02 | NAS | Review medical records; draft letter to G. Winters; conference with Mark Napier. | 0.50 |
|  | AC | Update discovery notebook. | 0.10 |
|  | LC | Prepare document production. | 0.40 |
|  | MWN | Conference with Nicole Seeling. | 0.10 |
| 12/09/02 | JT | Conference with Mark Napier regarding scheduling depositions. | 0.10 |
|  | MWN | Conference with Jennifer Trakas. | 0.10 |
| 12/10/02 | AKC | Review documents; conference with Jennifer Trakas regarding Defendant's Rule 26 disclosures. | 1.30 |
|  | JT | Conference with Suzanne Mehl. | 0.10 |
| 12/12/02 | JT | Draft memo to Mark Napier regarding status. | 0.20 |
| 12/13/02 | MWN | Conference with Jennifer Trakas. | 0.10 |
|  | JT | Conference with Mark Napier. | 0.10 |
| 12/14/02 | MWN | Review memo from Jennifer Trakas; reply to same. | 0.20 |
| 12/15/02 | JT | Review memo Mark Napier. | 0.10 |
| 12/17/02 | KJH | Prepare deposition notice. | 0.10 |
|  | JT | Schedule Szakovitz deposition; draft memo to to Kathi Huber regarding same. | 0.30 |
|  | MWN | Draft letter to Winters regarding deposition | 0.10 |
|  | KJH | Review memo Jennifer Trakas. | 0.10 |
| 12/20/02 | AC | Update pleading board. | 0.10 |
| 12/23/02 | LC | Prepare deposition abstract. | 1.30 |
| 12/24/02 | LC | Prepare deposition abstract. | 2.60 |
| 01/02/03 | MWN | Draft memo to Kathi Huber. | 0.10 |
|  | MWN | Review deposition abstract of J. Schultz; draft 2nd discovery requests. | 0.40 |
|  | MWN | Telephone conference with G. Winters; draft letter G. Winters. | 0.30 |
|  | KJH | Conference with Mark Napier; conference with Ron Seibel; telephone conference with Ace Reporting. | 0.30 |
|  | LC | Prepare deposition abstract. | 2.20 |
|  | LC | Conference with Kathi Huber. | 0.10 |
|  | MWN | Conference with Kathi Huber. | 0.10 |
| 01/06/03 | MWN | Telephone conference with I. Smith. | 0.10 |
| 01/08/03 | AC | Update discovery notebook. | 0.10 |
| 01/14/03 | MWN | Review Cheryl's deposition abstract. | 0.20 |
|  | MWN | Voice Mail from Ian Smith. | 0.10 |

```
                                                          Page: 11
CHERYL SOUTHERLAND                               September 12, 2003
                                                 Client Number  2036S
                                                 Statement No:  22591

LITIGATION - SYCAMORE COMMUNITY SCHOOL
```

|  |  |  | Hours |
|---|---|---|---|
| 01/15/03 | MWN | Draft letter to Cheryl | 0.10 |
| 01/28/03 | KJH | Telephone conference with Ace Reporting; conference with Ron Seibel. | 0.10 |
|  | LC | Conference with Kathi Huber. | 0.10 |
| 01/30/03 | MWN | Telephone call to Ian Smith (left message). | 0.10 |
| 01/31/03 | JT | Conference with Mark Napier regarding expert; conference with Clint Collins regarding same; draft Designation of Expert Witnesses; draft memo to Mark Napier regarding same. | 0.60 |
|  | JT | Telephone conference with Cheryl regarding changed deposition. | 0.10 |
|  | JT | Conference with Mark Napier regarding experts; research expert witness information. | 0.50 |
|  | KJH | Telephone conference with Annette Schoch; preparation of deposition notice and letter to G. Winters. | 0.20 |
|  | MWN | Review voice mails from I. Smith; review amended notice; review correspondence to G. Winters. | 0.30 |
|  | MWN | Telephone conference with I. Smith; voice mail to Kathi Huber; voice mail to Jennifer Trakas. | 0.30 |
|  | MWN | Conference with Jennifer Trakas (2x) | 0.20 |
|  | CRC | Conference with Jennifer Trakas | 0.10 |
| 02/01/03 | KJH | Review Voice mail from Mark Napier. | 0.10 |
|  | JT | Review Voice mail from Mark Napier. | 0.10 |
| 02/03/03 | AC | Update pleading board. | 0.10 |
| 02/04/03 | MWN | Voice Mail from I. Smith; voice mail to Kathi Huber. | 0.20 |
|  | KJH | Telephone conference with I. Smith; telephone conference with Annette Schoch. | 0.10 |
|  | MWN | Review letter from Ace | 0.10 |
|  | KJH | Review voice mail from Mark Napier. | 0.10 |
| 02/07/03 | JT | Review documents from Defendant. | 1.70 |
| 02/10/03 | MWN | Review Defendant's responses to Plaintiff's 1st set of discovery requests; review Defendant's documents and preparation for Szakovits deposition; attend deposition of Szakovits. | 5.30 |
|  | JT | Conference with Mark Napier regarding documents. | 0.10 |
|  | AC | Organize documents by Defendant. | 0.50 |
|  | AC | Update discovery notebook. | 0.10 |
|  | AC | Update discovery notebook. | 0.10 |
|  | MWN | Conference with Jennifer Trakas. | 0.10 |
| 02/14/03 | JT | Review status of 2nd Document Request. | 0.10 |
| 02/19/03 | MWN | Review file; memo to Jennifer Trakas. | 0.70 |
|  | JT | Search deposition records; draft letter to Meijer regarding same; draft letter to Dr. Murthy regarding same; preparation of authorizations. | 1.90 |

```
                                                                  Page: 12
CHERYL SOUTHERLAND                                       September 12, 2003
                                                        Client Number  2036S
                                                        Statement No:  22591

LITIGATION - SYCAMORE COMMUNITY SCHOOL
```

|  |  | | Hours |
|---|---|---|---:|
|  | JT | Review memo from Mark Napier. | 0.10 |
| 02/20/03 | JT | Conference with Annette Schoch regarding deposition transcript. | 0.10 |
|  | JT | Review deposition files; conference with Kathi Huber regarding deposition transcripts; telephone conference with Cheryl regarding contacting witnesses. | 1.40 |
|  | KJH | Conference with Jennifer Trakas. | 0.10 |
| 02/21/03 | JT | Draft memo to Mark Napier regarding 2/19 memo. | 0.20 |
|  | JT | Telephone conference with Cheryl regarding interviews. | 0.10 |
|  | JT | Telephone conference with Cheryl regarding Janet Potter; telephone conference with Cheryl regarding Fran Moody; conference with Mark Napier regarding interviews. | 0.30 |
|  | JT | Telephone conference with Cheryl regarding Janet Waldleitner. | 0.10 |
|  | MWN | Conference with Jennifer Trakas. | 0.10 |
| 02/22/03 | MWN | Review memo Jennifer Trakas. | 0.10 |
| 02/25/03 | MWN | Telephone call to F. Moody (left message); telephone call to J. Potter (left message); telephone conference with J. Potter; draft Affidavit; draft correspondence to J. Potter. | 1.10 |
|  | KJH | Draft letter to Cheryl | 0.10 |
| 02/26/03 | MWN | Review voice mail from F. Moody. | 0.10 |
|  | JT | Telephone conference with Defendant's counsel; regarding court reporter; telephone conference with Williams and Oliver regarding deposition transcript; telephone conference with Cheryl regarding Janet Waldeitner (left message). | 0.30 |
| 02/27/03 | MWN | Revise draft Affidavit of J. Potter. | 0.30 |
|  | RHF | Review letter Williams and Oliver | 0.10 |
| 02/28/03 | JT | Prepare payment request for Meijer bill. | 0.10 |
|  | JT | Review Meijer bill. | 0.10 |
| 03/01/03 | MWN | Review letter - Annette Schoch. | 0.10 |
| 03/03/03 | MWN | Voice Mail to Jennifer Trakas. | 0.10 |
|  | JT | Review Voice mail Mark Napier. | 0.10 |
| 03/04/03 | KJH | Conference with Mark Napier regarding depositions. | 0.10 |
|  | KJH | Prepare subpoena and deposition notices; letter to witness and opposing counsel; net search mapquest; telephone conference with LSS. | 0.50 |
|  | MWN | Conference with Kathi Huber. | 0.10 |
| 03/05/03 | AC | Update pleading board. | 0.10 |
|  | JT | Draft letter to Kode Murthy regarding records. | 0.10 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

| | | | Hours |
|---|---|---|---|
| 03/06/03 | JT | Telephone conference with Dr. Murthy's office regarding records; telephone call to Cheryl (left message). | 0.20 |
| | JT | Telephone conference with Cheryl regarding medical records. | 0.10 |
| 03/07/03 | RES | Prepare deposition abstract. | 2.20 |
| 03/10/03 | JT | Conference with Kathi Huber regarding Smith deposition; telephone conference with opposing counsel regarding same; conference with Mark Napier regarding same. | 0.50 |
| | RES | Prepare deposition abstract. | 2.60 |
| | KJH | Conference with Jennifer Trakas. | 0.10 |
| | MWN | Conference with Jennifer Trakas. | 0.10 |
| 03/12/03 | KJH | Letter to Williams & Oliver. | 0.10 |
| | KJH | Telephone conference with Kirk @ Litigation Support. | 0.10 |
| 03/13/03 | KJH | Telephone conference with Annette Schoch; conference with Jennifer Trakas and Mark Napier; net search - Mapquest. | 0.20 |
| | MWN | Review Szakovits deposition abstract. | 0.20 |
| | MWN | Voice Mail from I. Smith; voice mail to I. Smith. | 0.10 |
| | MWN | Voice Mail to Jennifer Trakas. | 0.10 |
| | JT | Conference with Kathi Huber. | 0.10 |
| | MWN | Conference with Kathi Huber. | 0.10 |
| 03/14/03 | KJH | Prepare subpoena; preparation of deposition notices; letter to witness and opposing counsel; net search mapquest; draft memo to Beth Schirmer. | 0.50 |
| | KJH | Telephone conference with Kirk @ Litigation Support. | 0.10 |
| | RES | Organize documents. | 0.20 |
| | JT | Review Voice mail Mark Napier. | 0.10 |
| 03/17/03 | JT | Conference with Kathi Huber regarding deposition. | 0.10 |
| | JT | Telephone conference with R. Smith regarding deposition; telephone call to Cheryl regarding same (left message). | 0.20 |
| | JT | Telephone conference with Cheryl regarding Smith deposition; conference with Mark Napier and Kathi Huber regarding same; telephone conference with Madeira Transportation. | 0.50 |
| | KJH | Conference with Jennifer Trakas (2x). | 0.20 |
| | MWN | Conference with Jennifer Trakas. | 0.10 |
| 03/18/03 | KJH | Prepare Amended deposition notice; letter to G. Winters; letter to witness. | 0.30 |
| | MWN | Review Amended Notice of Deposition; review correspondence to G. Winters; voice mail to Jennifer Trakas. | 0.20 |
| | JT | Review Voice mail Mark Napier. | 0.10 |
| 03/20/03 | MWN | Prepare for Smith deposition; review documents. | 3.00 |
| | MWN | Draft e-mail to Kathi | 0.10 |
| | KJH | Review e-mail from Mark | 0.10 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 03/21/03 | MWN | Telephone conference with Cheryl. | 0.10 |
|  | MWN | Attend deposition of R. Smith. | 2.40 |
| 03/25/03 | KJH | Telephone conference with court reporter; conference with Mark Napier; review file for deposition notes. | 0.30 |
|  | MWN | Review letter AMS | 0.10 |
|  | MWN | Conference with Kath1 Huber. | 0.10 |
| 03/28/03 | MWN | Review draft Potter Affidavit; revise Affidavit; draft correspondence to J. Potter. | 0.20 |
| 04/01/03 | MWN | Review Motion for Summary Judgment. | 0.40 |
|  | MWN | Review Notice of Filing deposition transcripts | 0.20 |
| 04/04/03 | RES | Research. | 0.30 |
|  | RES | Research. | 0.20 |
|  | KJH | Conference with Ron Seibel; review depositions. | 0.20 |
|  | LC | Conference with Kathi Huber. | 0.10 |
| 04/09/03 | KJH | Review letter from Ace | 0.10 |
| 04/15/03 | RES | Draft Motion for Extension; preparation of Memorandum in Opposition to Motion for Summary Judgment. | 2.20 |
| 04/21/03 | RES | Prepare deposition abstract. | 0.80 |
| 04/22/03 | MWN | Review Affidavit returned by J. Potter; note to Ron Seibel. | 0.10 |
|  | LC | Review note Mark Napier. | 0.10 |
| 04/28/03 | RES | Prepare Memorandum in Opposition to Motion for Summary Judgment. | 7.40 |
| 04/29/03 | RES | Prepare Memorandum in Opposition to Motion for Summary Judgment. | 6.80 |
| 04/30/03 | MWN | Review draft partial Memorandum in Opposition; research; draft Memorandum in Opposition. | 2.50 |
|  | MWN | Review draft partial Memorandum in Opposition; revise; research. | 0.70 |
|  | RES | Prepare Memorandum in Opposition to Motion for Summary Judgment. | 9.30 |
| 05/01/03 | RES | Prepare Memorandum in Opposition to Motion for Summary Judgment. | 7.00 |
|  | MWN | Revise draft Memorandum in Opposition; research. | 5.00 |
|  | KJH | Conference with Ron Seibel regarding filing depositions. | 0.10 |
|  | KJH | Conference with Mark Napier; organize depositions for filing; preparation of notice of filing. | 0.30 |
|  | LC | Conference with Kathi Huber. | 0.10 |
|  | MWN | Conference with Kathi Huber. | 0.10 |
| 05/15/03 | MWN | Review Defendant reply memo. | 0.30 |

CHERYL SOUTHERLAND


LITIGATION - SYCAMORE COMMUNITY SCHOOL

| | | | Hours |
|---|---|---|---|
| 06/02/03 | MWN | Review notice from court | 0.10 |
| 06/04/03 | MWN | Draft e-mail to Jennifer Trakas. | 0.20 |
| 06/05/03 | JT | Review e-mail Mark Napier. | 0.10 |
| 06/13/03 | JT | Draft letter to Cheryl regarding status. | 0.10 |
| 06/20/03 | JT | Telephone conference with G. Winters regarding Pre-Trial Conference. | 0.20 |
| 06/21/03 | MWN | Voice Mail from G. Winters. | 0.10 |
| 06/23/03 | JT | Telephone call to Winter (left message) regarding pre-trial preparation; draft memo to Mark Napier regarding Pre-Trial Conference; draft memo to Jenna White. | 0.30 |
| | MWN | Review Memo Jennifer Trakas. | 0.10 |
| 07/01/03 | MWN | Review Notice from Court; note to Jennifer Trakas. | 0.10 |
| | RHF | Review notice from Court | 0.10 |
| 07/02/03 | JT | Telephone call to Cheryl regarding pre-trial (left message). | 0.10 |
| | JT | Review note - Mark Napier | 0.10 |
| 07/06/03 | MWN | Draft e-mail to Jennifer Trakas. | 0.20 |
| 07/07/03 | JT | Review e-mail - Mark Napier | 0.10 |
| 07/08/03 | MWN | Finalize Rule 26 and file | 0.50 |
| 07/10/03 | RHF | Conference with Mark Napier. | 0.50 |
| | MWN | Review Amended Rule 26 and file | 0.30 |
| | MWN | Conference with Randy Freking. | 0.50 |
| 07/11/03 | MWN | Review Order. | 0.50 |
| | JT | Draft Joint Final Pre-Trial order; draft memo to to Mark Napier regarding same. | 4.70 |
| | JT | Conference with Mark Napier regarding pre-trial statement; revise. | 2.40 |
| 07/13/03 | RHF | Review file; review Motion for Summary Judgment decision. | 1.50 |
| | MWN | Conference with Jennifer Trakas; Review Memo Jennifer Trakas | 0.20 |
| 07/14/03 | MWN | Review draft Joint Final Pre-Trial order; review draft witness list; e-mail to Jennifer Trakas. | 0.80 |
| 07/16/03 | JT | Conference with Mark Napier regarding pre-trial statement. | 0.10 |
| | JT | Telephone conference with Cheryl regarding pre-trial conference. | 0.10 |
| | JT | Conference with Mark Napier regarding pre-trial; revise |  |

CHERYL SOUTHERLAND

Page: 16
September 12, 2003
Client Number  2036S
Statement No:  22591

LITIGATION - SYCAMORE COMMUNITY SCHOOL

| | | Hours |
|---|---|---|
| | Pre-Trial order; telephone conference with Sharon @ Winter's office. | 3.90 |
| MWN | Conference with Jennifer Trakas (2x) | 0.30 |
| 07/17/03 MWN | Draft joint pre-trial order, exhibit list, witness list; review documents. | 3.50 |
| JT | Revise pre-trial order. | 2.20 |
| JT | Conference with Mark Napier regarding Pre-Trial order; gather documents for Mark Napier review. | 0.20 |
| JT | Conference with Mark Napier regarding Dr. Murthy; telephone conference with Dr. Murthy's office regarding deposition; conference with Mark Napier regarding Pre-Trial order; revise Pre-Trial order. | 1.10 |
| JT | Telephone conference with Winter's office; prepare and fax Pre-Trial order; conference with Mark Napier; revise Pre-Trial order. | 1.70 |
| JT | Review e-mail Winters office with final pre-trial | 0.10 |
| MWN | Conference with Jennifer Trakas (3x) | 0.50 |
| 07/18/03 MWN | Review and revise draft Joint Final Pre-Trial order. | 1.50 |
| MWN | Conference with Jenna White. | 0.20 |
| JT | Revise Pre-Trial order; conference with Mark Napier; prepare and send fax to Winters. | 3.10 |
| JT | Draft letter to Meijer regarding records; draft letter to Murthy regarding records; draft letter to Dault regarding records; preparation of medical authorizations. | 0.50 |
| MWN | Conference with Jennifer Trakas. | 0.10 |
| 07/20/03 AC | Telephone conference with Lisa Newman; draft e-mail to Lisa Newman | 0.20 |
| 07/21/03 JT | Conference with Beth Schirmer regarding costs and fees; telephone conference with Murthy office regarding deposition; review file for documents for pre-trial; draft memo to Mark Napier. | 0.80 |
| JT | Telephone call to Cheryl regarding reminder (left message). | 0.10 |
| RHF | Conference with Mark Napier | 0.10 |
| MWN | Conference with Randy Freking | 0.10 |
| 07/22/03 MWN | Prepare for Final Pre-Trial Conference; conference with Cheryl; Final Pre-Trial Conference; review deposition notice and correspondence to G. Winters. | 3.60 |
| JT | Telephone conference with health care providers regarding bills; preparation of medical authorizations; fax medical authorizations; conference with Mark Napier regarding pre-trial; conference with Murthy's office regarding deposition; draft records/expenses form; calculate damages; conference with Kathi Huber regarding deposition; locate Pleadings; copy documents for pre-trial. | 3.30 |
| MWN | Review memo Jennifer Trakas. | 0.10 |
| MWN | Conference with Jennifer Trakas. | 0.10 |
| KJH | Conference with Jennifer Trakas. | 0.10 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 07/23/03 | MWN | Telephone conference with Cheryl; draft correspondence to opposing counsel. | 0.40 |
|  | JT | Prepare deposition book. | 2.10 |
|  | KJH | Prepare Amended Notice; letter to G. Winters; telephone conference with Annette Schoch. | 0.30 |
| 07/24/03 | MWN | Prepare for Murthy deposition; preparation of exhibits; review documents; conference with Cheryl; draft correspondence to opposing counsel; preparation of exhibits regarding Mercy Medical Associates, review voice mail from B. Wharton. | 6.00 |
|  | MWN | Prepare for Murthy deposition. | 1.50 |
|  | JT | Prepare exhibits and new documents; telephone conference with Murthy's office regarding bill. | 1.40 |
|  | MWN | Review notice from Court | 0.20 |
| 07/25/03 | MWN | Attend deposition of Dr. Murthy; travel to/from deposition. | 2.20 |
|  | JT | Conference with Mark Napier regarding depositions. | 0.20 |
|  | MWN | Conference with Jennifer Trakas. | 0.10 |
| 07/26/03 | MWN | Draft e-mail to Jennifer Trakas regarding trial preparation needed; trial preparation. | 2.20 |
| 07/28/03 | LC | Prepare jury instructions; review Memorandum in Opposition. | 5.10 |
|  | MWN | Review Notice from Court | 0.10 |
| 07/29/03 | MWN | Conference with Alicia Cole; conference with law clerk; preparation of voir dire questions; preparation for trial; telephone conference with Linda @ Court. | 4.00 |
|  | MWN | Conference with Jenna White regarding juror questionnaires. | 0.10 |
|  | LC | Prepare jury instructions; conferences with Mark Napier. | 8.00 |
|  | AKC | Conference with Mark Napier, Kelly Mulloy Myers, and Kathi Huber; preparation of deposition notebook; preparation of trial notebook; review documents. | 2.40 |
|  | RHF | Review file. | 1.00 |
|  | LC | Draft abstract of deposition. | 4.00 |
| 07/30/03 | MWN | Prepare for Trial; conference with Randy Freking. | 1.30 |
|  | LC | Finalize jury instructions. | 1.40 |
|  | JT | Prepare exhibit book. | 4.30 |
|  | AKC | Conference with Mark Napier and Jennifer Trakas; review file | 4.30 |
|  | LC | Draft abstract of deposition. | 2.50 |
|  | RHF | Conference with Mark Napier. | 0.50 |
|  | JT | Conference with Alicia Cole. |  |
|  | MWN | Conference with Alicia Cole. | 0.10 |
| 07/31/03 | MWN | Review Juror Questions in part; note to Randy Freking. | 0.40 |
|  | MWN | Conference with Cheryl and L. Newman. | 1.50 |
|  | MWN | Prepare for trial; review materials; conference with Cheryl. | 1.70 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
|  | AKC | Conference with Alison Blinn, Jenna White and Kathi Huber; make copies; review documents; conference with Mark Napier. | 0.80 |
|  | RHF | Prepare for trial. | 1.50 |
|  | AC | Telephone conference with L. Newman; telephone conference with Cheryl; e-mail to L. Newman; conference with Cheryl and L. Newman; copy documents. | 0.70 |
|  | RHF | Review Note - Mark Napier. | 0.10 |
|  | KJH | Conference with Alicia Cole. | 0.10 |
|  | MWN | Conference with Alicia Cole. | 0.10 |
|  | LC | Telephone conference with Alicia Cole; conference with Cheryl and Mark | 1.50 |
| 08/01/03 | LC | Conference with Randy Freking; preparation of jury instructions. | 2.60 |
|  | MWN | Conference with Randy Freking. | 1.00 |
|  | MWN | Telephone conference with L. Newman. | 0.40 |
|  | KJH | Conference with Jennifer Trakas; conference with Mark Napier; telephone conference with Ace Reporters. | 0.20 |
|  | JT | Conference with Kathi Huber regarding deposition transcripts; draft memo to Kathi Huber regarding same; revise deposition notebook. | 1.00 |
|  | AKC | Conference with Mark Napier. | 0.20 |
|  | LC | Revise deposition abstract. | 1.50 |
|  | RHF | Conference with Mark Napier; review Motion for Summary Judgment; trial preparation. | 3.50 |
|  | MWN | Conference with Alicia Cole | 0.10 |
|  | RHF | Conference with law clerk | 0.10 |
|  | LC | Telephone conference with Mark | 0.40 |
| 08/02/03 | MWN | Prepare exhibits; trial preparation. | 4.00 |
|  | RHF | Conference with Mark Napier; draft charts; review Memorandum in Opposition; trial preparation; conference with law clerk | 3.80 |
|  | MWN | Conference with Randy Freking | 0.30 |
|  | LC | Conference with Randy Freking | 0.10 |
| 08/03/03 | MWN | Prepare for trial. | 3.00 |
|  | RHF | Review Smith deposition; review Dr. Murthy deposition; review exhibits. | 3.10 |
| 08/04/03 | KJH | Telephone conference with Ace Reporting. | 0.10 |
|  | JT | Conference with Alicia Cole regarding medical expenses. | 0.10 |
|  | AKC | Telephone conference with Mark Napier; conference with Jennifer Trakas and Randy Freking; review documents; preparation of copies; organize documents (trial exhibits); draft American Express List. | 7.30 |
|  | AC | Prepare jury chart. | 1.40 |
|  | MWN | Conference with Alicia Cole; review draft jury instructions; conference with law clerk. | 1.30 |
|  | LC | Prepare jury instructions; conference with Mark Napier. | 3.40 |
|  | LC | Research school district and punitive damages; conference with Mark Napier; research school district; preparation of jury instructions. | 3.30 |

CHERYL SOUTHERLAND


LITIGATION - SYCAMORE COMMUNITY SCHOOL



|  |  | Hours |
|---|---|---|
| LC | Research school district. | 1.00 |
| RHF | Organize exhibits; conference with Alicia Cole; review Cheryl's deposition. | 2.80 |
| JT | Conference with Mark Napier regarding J. Potter. | 0.10 |
| MWN | Conference with Jennifer Trakas | 0.10 |

|  |  |  | Hours |
|---|---|---|---|
| 08/05/03 | SMS | Review and revise jury instructions; conference with Randy Freking. | 0.40 |
| | SMS | Review Defendant's Proposed jury instructions. | 0.30 |
| | MWN | Prepare for trial. | 2.00 |
| | AC | Prepare jury chart; preparation of trial charts; conference with Randy Freking; telephone conference with L. Newman; revise trial charts; conference with Beth Schirmer. | 3.00 |
| | AKC | Conference with Kathi Huber and Randy Freking; review documents; conference with Jennifer Trakas; organize documents (chart exhibits); draft letter; telephone call to I. Smith (left message); preparation of copies. | 5.30 |
| | AC | Prepare fax to L. Newman; conferences with Randy Freking; revise trial charts; telephone conference with L. Newman; e-mail to L. Newman. | 0.70 |
| | LC | Research - punitive damages. | 1.10 |
| | LC | Revise deposition abstract. | 0.40 |
| | RHF | Telephone conference with Lisa Newman; review Philips and Szak depositions; outline cross examination; review jury panel; preparation for jury selection. | 4.20 |
| | KJH | Conference with Randy Freking | 0.10 |
| | JT | Conference with Alicia Cole | 0.10 |
| | RHF | Conference with Sheila Smith; conference with Alicia Cole; conference with Angel Carpenter | 0.40 |
| | LC | Telephone conference with Angel Carpenter x2; Review fax and e-mail; telephone conference with Randy Freking | 0.60 |
| 08/06/03 | JT | Telephone conference with Cheryl regarding Janet Potter; telephone conference with J. Potter regarding trial preparation; telephone call to Mark Napier regarding J. Potter (left message). | 0.30 |
| | AKC | Conference with Randy Freking; telephone conference with I. Smith; draft letter; conference with Jennifer Trakas; conference with Karen Pavy; review Pleadings. | 1.40 |
| | AC | Review e-mail from L. Newman; e-mail to Randy Freking. | 0.20 |
| | SMS | Conference with Jane Hughes; review research on punitive damages; conference with Randy Freking. | 0.50 |
| | MWN | Prepare for trial. | 3.00 |
| | LC | Research punitive damages. | 6.00 |
| | RHF | Prepare for trial; conference regarding depositions. | 3.50 |
| | JT | Conference with Alicia Cole | 0.10 |
| | RHF | Conference with Sheila Smith; conference with Alicia Cole; revew e-mail Angel Carpenter | 0.30 |
| | LC | Attend trial | 4.50 |
| 08/07/03 | MWN | Attend trial, jury selection; conference with Cheryl; trial preparation; conference with J. Potter; conference with Randy Freking; conference with L. Newman. | 10.00 |

```
                                                              Page: 20
CHERYL SOUTHERLAND                                  September 12, 2003
                                                 Client Number  2036S
                                                 Statement No:  22591

LITIGATION - SYCAMORE COMMUNITY SCHOOL
```

|  |  |  | Hours |
|---|---|---|---|
| | LC | Attend jury selection. | 4.50 |
| | KJH | Prepare chart; trial preparation. | 0.50 |
| | LC | Attend jury selection. | 4.00 |
| | JT | Telephone conference with B. Wharton regarding Murthy transcript. | 0.20 |
| | AKC | Prepare copies of exhibits; conference with Randy Freking; telephone conference with J. Spiegel's chambers; conference with Jenna White; conference with Mark Napier. | 2.30 |
| | MEC | Conference with Mark Napier and Randy Freking. | 0.30 |
| | RHF | Conference with Cheryl; conference with Mark Napier; conference with L. Newman; preparation regarding jury selection; conference with J. Sherman; conference with Mark Napier regarding trial preparation. | 6.70 |
| | MWN | Conference with Megan Clark | 0.10 |
| | RHF | Conference with Megan Clark; conference with Alicia Cole | 0.20 |
| | LC | Conference with Mark Napier; conference with Cheryl; Attend trial | 5.00 |
| 08/08/03 | MWN | Conference with Alicia Cole; review e-mail from L. Newman; e-mail to Cheryl; review and revise proposed jury instructions; conference with law clerk; telephone conference with I. Smith; voice mail to Randy Freking. | 1.40 |
| | KJH | Prepare charts; trial preparation. | 3.50 |
| | LC | Conference with Randy Freking; final jury instructions; conferences with Mark Napier. | 1.50 |
| | AKC | Conference with Randy Freking, Kathi Huber and Mark Napier; preparation of documents; conference with Karen Pavy. | 0.70 |
| | MWN | Prepare for trial with Cheryl. | 2.50 |
| | RHF | Prepare for trial; conference with law clerk regarding jury instructions; finalize charts; conference with Kathi Huber; conference with Beth Schirmer; review Buchholz deposition. | 7.50 |
| | KJH | Conference with Randy Freking; conference with Alicia Cole | 0.20 |
| | RHF | Conference with Alicia Cole; review e-mail Mark Napier | 0.20 |
| 08/09/03 | MWN | Prepare for trial with Cheryl; trial preparation. | 6.00 |
| | RHF | Conference with Mark Napier; trial preparation; conference with Cheryl; review charts; preparation for opening statement. | 4.60 |
| 08/10/03 | MWN | Prepare for trial. | 4.00 |
| | RHF | Review notes; preparation for cross examinations; finalize; telephone conference with Mark Napier. | 5.10 |
| | MWN | Telephone conference with Randy Freking | 0.10 |
| 08/11/03 | AC | Attend trial. | 1.00 |
| | KJH | Prepare for trial. | 1.00 |
| | RES | Prepare for trial. | 1.00 |
| | AKC | Conference with Mark Napier; review documents; preparation of copies; attend trial. | 3.10 |
| | LC | Attend trial; research Williams case. | 6.40 |
| | MWN | Conferences with Cheryl; attend trial; trial preparation. | 10.50 |

```
                                                                    Page: 21
CHERYL SOUTHERLAND                                         September 12, 2003
                                                          Client Number  2036S
                                                          Statement No:  22591

LITIGATION - SYCAMORE COMMUNITY SCHOOL
```

|  |  |  | Hours |
|---|---|---|---|
|  | RHF | Prepare for opening; preparation for cross examinations of Buchholz, Szak, and Phillips; attend trial - Day One; preparation for Day Two; conference with Cheryl; conference with Mark Napier. | 14.30 |
|  | MWN | Conference with Alicia Cole; conference with Randy Freking | 0.20 |
|  | LC | Attend trial; conference with Cheryl | 4.50 |
| 08/12/03 | AC | Attend trial. | 5.00 |
|  | RES | Prepare for trial. | 2.50 |
|  | LC | Attend trial. | 5.00 |
|  | MWN | Attend trial; trial preparation; preparation of jury instructions. | 11.00 |
|  | AKC | Draft 2nd Amended Exhibit List; attend trial. | 4.60 |
|  | RHF | Prepare for cross examination of Phillips; conferences with Cheryl; conferences with Mark Napier; attend trial Day Two; preparation for Day Three. | 13.00 |
|  | MWN | Conference with Randy Freking | 0.50 |
|  | LC | Attend trial | 4.50 |
| 08/13/03 | KJH | Prepare charts; trial preparation. | 0.30 |
|  | MWN | Attend trial; trial preparation; charge conference with Court. | 8.30 |
|  | LC | Conference with Mark Napier; research; jury instructions hearing; conference with Mark Napier and Randy Freking. | 4.60 |
|  | AKC | Conference with Mark Napier, conference with Sheila Smith; attend trial. | 3.80 |
|  | RHF | Prepare for cross examination of Ekaco; attend trial - Day Three; conference with Mark Napier regarding jury charge; conference with J. Speigel; preparation for closing arguments. | 14.50 |
|  | MWN | Conference with law clerk x2; conference with Alicia Cole | 0.20 |
|  | SMS | Conference with Alicia Cole | 0.10 |
|  | RHF | Conference with law clerk | 0.10 |
|  | LC | Attend trial | 4.50 |
| 08/14/03 | KJH | Prepare charts; trial preparation. | 1.00 |
|  | MWN | Attend trial. | 4.00 |
|  | AKC | Attend trial. | 1.90 |
|  | LC | Attend closing arguments, trial. | 3.00 |
|  | RHF | Prepare for closing arguments; conference with Mark Napier; attend trial; jury questions; verdict; conference with Cheryl and Denny regarding settlement; telephone conference with Smith; telephone conference with Wharton and Smith. | 8.50 |
|  | MWN | Conference with Randy Freking | 0.10 |
|  | LC | Attend trial | 4.50 |
| 08/15/03 | MWN | Telephone conference with Cheryl; voice mail to Randy Freking. | 0.20 |
|  | RHF | Prepare fee application. | 1.20 |
|  | RHF | Review voice mail Mark | 0.10 |

CHERYL SOUTHERLAND

LITIGATION - SYCAMORE COMMUNITY SCHOOL

|  |  |  | Hours |
|---|---|---|---|
| 08/16/03 | MWN | Draft memo to Jennifer Trakas. | 0.20 |
| 08/17/03 | JT | Review memo - Mark | 0.10 |
| 08/19/03 | MWN | Review Judgment. | 0.10 |
| 08/22/03 | RHF | Prepare fee application. | 0.40 |
| 08/24/03 | LC | Review file | 0.50 |
| 08/25/03 | LC | Review file; drafting of fee application | 5.00 |
| 08/26/03 | MWN | Telephone conference with Cheryl. | 0.10 |
|  | MWN | Review e-mail from Heather Waldron. | 0.10 |
|  | LC | Conference with Randy Freking | 0.20 |
|  | RHF | Conference with Heather Waldron | 0.20 |
| 09/05/03 | MWN | Conference with Randy Freking; review fee application | 0.50 |
|  | RHF | Review fee application; conference with Mark Napier | 0.50 |
| 09/08/03 | MWN | Review and revise fee application; review file; drafting of Affidavit; conference with Heather Waldron | 1.50 |
|  | LC | Conference with Mark Napier | 0.20 |
| 09/10/03 | MWN | Review and revise fee application and Affidavit | 0.70 |
| 09/12/03 | MWN | Finalize fee application | 1.00 |
|  | RHF | Review fee application; conference with Heather Waldron | 0.30 |
|  | LC | Conference with Randy Freking; conference with Mark Napier | 0.40 |

|  |  |
|---|---|
| For professional services | 625.90 |
|  | 114,998.50 |