UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHERYL A. SOUTHERLAND | : | Case No. C-1-02-162 |
| | : | J. Spiegel |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SYCAMORE COMMUNITY SCHOOL | : | **AFFIDAVIT OF** |
| DISTRICT BOARD OF EDUCATION | : | **MARK W. NAPIER** |
| | : | |
| Defendant. | : | |

State of Ohio       )
                    ) SS
County of Hamilton  )

Mark. W. Napier, being first duly cautioned and sworn, states as follows:

1. That I am an attorney admitted to practice in the state courts of Ohio, the state courts of Kentucky, the U. S. Sixth Circuit Court of Appeals, the U. S. District Court for the Southern District of Ohio, the U. S. District Court for the Eastern District of Kentucky, and the U. S. District Court for the Southern District of Indiana;

2. That I graduated from Ohio Northern University School of Law in June, 1978, and was admitted to the Ohio Bar in November, 1978;

3. That I have been an associate attorney in the law firm of Freking & Betz since October 1, 2001, engaged primarily in the practice of employment law;

4. That prior to joining Freking & Betz, I was a partner with the law firm of Young, Reverman & Napier, employed with that firm since 1983, and engaged primarily in the practice of employment law and personal injury law on behalf of plaintiffs;

5. That Freking & Betz emphasizes employment law on behalf of plaintiffs, and that all members of our firm maintain daily time records of services in tenths of an hour;


PLAINTIFF'S EXHIBIT E

6.   That I have served as counsel for Plaintiff Cheryl Southerland in this matter;

7.   That the depositions taken by Plaintiff in this case were necessary for the presentation of Plaintiff's case and to impeach Defendant's witnesses;

8.   That this case presented a substantial risk of no recovery because the case was difficult and the availability of damages was greatly disputed;

9.   That Defendant never engaged in serious settlement discussions and as late as the Final Pre-Trial Conference advised the Court that it viewed any settlement value to the case as minimal;

10.  That this action resulted in successful claims under Title VII of the 1964 Civil Rights Act;

11.  That as demonstrated by the summary of attorney's time attached as Exhibit A, billing records attached as Exhibit D, and counsel's affidavit (Exhibit E), my time and other Plaintiff's counsel's time was spent on multiple necessary activities including investigation, participation in the EEOC investigation that resulted in an agency probable cause finding, attempts at conciliation while the matter was pending with the EEOC, pre-suit settlement negotiations, extensive written and deposition discovery, defeating Defendant's Motion for Summary Judgment, witness preparation, trial preparation, and trial;

12.  That with respect to Plaintiff's deposition, Defendant noticed Plaintiff for an initial deposition and later a supplemental deposition, and that Plaintiff's counsel prepared Plaintiff for these depositions and defended Plaintiff during her depositions;

13.  That Plaintiff and her counsel reviewed the deposition transcripts that were ultimately presented to Plaintiff for her review and signature;

14.  That Plaintiff's counsel gathered multiple medical records and bills related to Plaintiff's medical treatment related to the sexual harassment claims, and prepared for and

2

conducted a trial deposition of Plaintiff's treating psychiatrist, Dr. Murthy;

15. That Plaintiff's counsel spent substantial hours preparing Plaintiff for her direct examination and cross-examination at trial;

16. That Plaintiff's counsel conducted multiple Defendant witness depositions that required extensive preparation and review of Defendant investigation documents;

17. That Plaintiff's counsel further expended hours and supervised law clerks in the preparation of a Memorandum in Opposition to Defendant's Motion for Summary Judgment;

17. That Plaintiff's counsel also represented Plaintiff during jury selection and three days of trial, including a Charge conference on the third day of trial;

18. That before, during, and after each trial day, Plaintiff's counsel prepared for the following days of trial;

19. That other Plaintiff's counsel who expended time in this matter included Randolph Freking, Sheila Smith, and Megan Clark;

20. That Randolph H. Freking graduated from the Ohio State University College of Law in May, 1982; that he was admitted to the Bar in November, 1982; that from August, 1982 until December, 1990 he was an associate and then a partner with the law firm of Frost & Jacobs; that during his entire time with Frost & Jacobs, Mr. Freking was in the Labor Department, which meant that he spent all of his time on employment and labor relations matters; that on December 1, 1990, Mr. Freking went into private practice and formed his own firm; and that he has been recognized as one of the "Best Lawyers in America" (Woodward-White) in employment every year since 1995;

21. That Sheila M. Smith is a 1995 graduate of the University of Cincinnati College of Law; and that Ms. Smith is a partner in Freking & Betz and practices employment law exclusively on behalf of employees;

3

22. That Megan Clark is a 1995 graduate of the Indiana University School of Law-Indianapolis; and that Ms. Clark practices employment law exclusively on behalf of employees;

23. That paralegals who expended time in this matter include Suzanne L. Mehl, Clinton R. Collins, Nicole Seeling, Kathi Huber, Cindy Piecoro, Jennifer Trakas, Angel Carpenter and Alicia Cole;

24. That Suzanne L. Mehl has 10 years of experience as a paralegal and was formerly a paralegal at Montgomery, Rennie & Johnson; that Clinton Collins was formerly a paralegal with Frost & Jacobs and has extensive law office experience; that Nicole Seeling has been a paralegal with Freking & Betz since 1995; that Kathi Huber has more than 20 years of law office experience and became a paralegal with Freking & Betz in 1997; that Cindy Piecoro has more than 10 years of law office experience and became a paralegal with Freking & Betz in 1997; that Jennifer Trakas, Angel Carpenter and Alicia Cole all became paralegals with Freking & Betz in 2002; and that each performed traditional paralegal services in this matter.

25. That Exhibit D is a list of time spent on this case from my time records and those of the other attorneys, paralegals and various law clerks of our office.

26. That Exhibit F is a true and accurate copy of Plaintiff's expenses incurred in this case.

Further Affiant Sayeth Naught.

_____
Mark W. Napier

Sworn to and subscribed before me on this \_\_\_ day of September, 2003.

JENNA WHITE
Notary Public, State of Ohio
My Commission Expires
November 1, 2006

_____
Notary Public

4



**PLAINTIFF'S EXHIBIT F**

```
Date: 09/12/03                         Detail Cost Transaction File List                                Page: 1
                                              Freking & Betz

                         H T B R                    C
Client    Date    Tmkr E/A Src P X C C Tcd          T    Amount                                                 Ref #

  2036  08/04/00   6   E     P         30           0    475.00  Filing fee - Hamilton County Clerk of Courts    32
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  04/05/01   6   E     P         30           0      5.00  Filing fee - Hamilton County Clerk of Courts    37
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  03/08/02   6   E     A         30           0    150.00  Filing fee - UNITED STATES DISTRICT COURT      ARCH
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                         =======
Total for Tcode # 30                Billable             630.00  Filing fee
                                    Total                630.00

  2036  09/06/01   6   E     P         31           0    215.00  Court Reporter - Ace Reporting - attendance     35
                                                                 Schultz and Buhholz
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  09/07/01   6   E     P         31           0    245.00  Court Reporter - Ace Reporting Phillips &       34
                                                                 Buchholz
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  08/28/02   6   E     A         31           0    227.55  Court Reporter - Williams & Oliver - Cheryl    ARCH
                                                                 Southerland (copy of transcript)
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  09/30/02   6   E     A         31           0    578.25  Court Reporter - Ace Reporting Services - John ARCH
                                                                 H.K. Buchholz (original and one copy)
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  02/26/03   6   E     A         31           0    169.50  Court Reporter - Ace Reporting Services - John ARCH
                                                                 Buchholz Vol. 1
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  03/10/03   6   E     A         31           0     72.00  Court Reporter - Williams & Oliver - Cheryl    ARCH
                                                                 Southerland (original transcript)
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  03/26/03   6   E     A         31           0    472.00  Court Reporter - Annette Schoch - R. Szakovitz - ARCH
                                                                 (attendance and original transcript)
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  03/26/03   6   E     A         31           0    100.00  Court Reporter - Litigation Support Services - ARCH
                                                                 Ralph Smith subpoena service
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  03/26/03   6   E     A         31           0     75.00  Court Reporter - Litigation Support Services - ARCH
                                                                 Ralph Smith (subpoena service)
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  04/11/03   6   E     A         31           0    546.75  Court Reporter - Annette McKeehan Schoch -     ARCH
                                                                 Deposition of Ralph Smith
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  04/26/03   6   E     A         31           0    331.75  Court Reporter - Ace Reporting for original and ARCH
                                                                 one copy of transcript of Peggy Phillips Vol. 2
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  04/26/03   6   E     A         31           0    249.00  Court Reporter - Ace Reporting Services - for  ARCH
                                                                 original and copy of Peggy Phillips transcript
                                                                 Vol. 1
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  09/10/03   6   E     P         31           0    254.00  Court Reporter - Annette McKeehan Schoch for    38
                                                                 deposition of Kode Murthy, M.D.
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                         =======
Total for Tcode # 31                Billable            3535.80  Court Reporter
                                    Total              3535.80

  2036  01/27/00   6   E     P     7   32           0      6.10  Copies                                          31
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  08/05/03   6   E     P     7   32           0     52.50  Copies                                          26
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
  2036  08/07/03   6   E     P     7   32           0     83.10  Copies                                          27
                                                                 SOUTHERLAND/CHERYL
                                                                 LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                         =======
Total for Tcode # 32                Billable             141.70  Copies
                                    Total                141.70
```

```
Date: 09/12/03                              Detail Cost Transaction File List                                Page: 2
                                                      Freking & Betz

                         H T B R                C
 Client   Date    Tmkr E/A Src P X C C Tcd      T       Amount                                                Ref #
          2036 04/20/00   6  E    P       34    0        10.00 Medical Records - Consult Inc.                  29
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 04/28/00   6  E    P       34    0        25.00 Medical Records - Dr. Murthy                    30
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 08/07/00   6  E    P       34    0        58.63 Medical Records - Smart Corporation             36
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 03/06/01   6  E    P       34    0       150.00 Narrative report - Dr. Murthy                   33
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 10/21/02   6  E    A       34    0        23.00 Medical Records - Kode Murthy, M.D., Inc.      ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 10/31/02   6  E    A       34    0        17.00 Medical Records - Meijer Pharmacy             ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 11/30/02   6  E    A       34    0        39.25 Medical Records - Drs. Russell & Hiltz        ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 03/03/03   6  E    A       34    0        16.00 Medical Records - Meijer Pharmacy             ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 03/26/03   6  E    A       34    0        19.00 Medical Records - Kode Murthy, M.D., Inc.     ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                        =======
 Total for Tcode # 34             Billable              357.88 Medical Records
                                  Total                 357.88

          2036 03/14/03   6  E    A       35    0        48.76 Witness Fee - Ralph Smith                     ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 07/24/03   6  E    P       35    0       375.00 Witness Fee - Kode Murthy M.D.                 23
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                        =======
 Total for Tcode # 35             Billable              423.76 Witness Fee
                                  Total                 423.76

          2036 02/14/02   6  E    A       59    0        58.20 Copy of file from EEOC                        ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 08/09/03   6  E    P       59    0        18.87 Ohio Blue Print Co. (enlargements for trial)   24
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                        =======
 Total for Tcode # 59             Billable               77.07
                                  Total                  77.07

          2036 10/10/02   6  E    A     7 66    0       171.20 Copies - Document Production                  ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                        =======
 Total for Tcode # 66             Billable              171.20 Copies - Document Production
                                  Total                 171.20

          2036 08/09/03   6  E    P       92    0        80.00 Demonstrative Exhibits for Trial (10 boards)   25
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                        =======
 Total for Tcode # 92             Billable               80.00
                                  Total                  80.00

          2036 03/31/02   6  E    A       95    0         4.40 Postage/Certified Mail                        ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
          2036 10/11/02   6  E    A       95    0        15.05 Postage/Certified Mail                        ARCH
                                                               SOUTHERLAND/CHERYL
                                                               LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                        =======
 Total for Tcode # 95             Billable               19.45 Postage/Certified Mail
                                  Total                  19.45

                                                        =======
 Grand Totals                     Billable             5436.86
                                  Total                5436.86
```