For Use by District Court Personnel Only

# TRANSMISSION FORM

| District Court: | Southern District of Ohio Western Division | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | C-1-02-162 | Court of Appeals Case No: 03-4189 |
| SHORT CAPTION | CHERYL A. SOUTHERLAND | Case Manager: TERESA BERTKE |
| Plaintiff/Petitioner | vs. | Date Filed: |
| | SYCAMORE COMMUNITY SCHOOL DISTRICT BOARD OF EDUCATION | FILED SEP 11 2003 LEONARD GREEN, Clerk |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | S. Arthur Spiegel | Anything That Needs Special Attention |
| Court Reporter(s): | | Notice of Appeal (doc#36) from the judgment/jury verdict (doc.#35) entered on 8/15/03. |
| From Deputy Clerk: | Arthur Hill | |
| Date: | | |
| $105.00 Appeal Filing Fee Paid? **No** | | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)         Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)         **Sealed**   Volume(s)

  **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

KENNETH J. MURPHY
Clerk: _____
United States District Court

03 SEP 12 PM 5:05