UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

OCT **1 6** 2003

**KENNETH J. MURPHY, Clerk**
**CINCINNATI, OHIO**

CHERYL A. SOUTHERLAND,
        Plaintiff                         C-1-02-162

v.

SYCAMORE COMMUNITY SCHOOLS
        Defendant.

The transcript (Second Day of Jury Trial, August 11, 2003) in the above captioned case is hereby

manually filed with the Clerk's Office on October 16, 2003.

                                 Kenneth J. Murphy, Jr.
                                 Clerk of Courts