# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CHERYL A. SOUTHERLAND | : | Case No. C-1-02-162 |
| | : | J. Spiegel |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **UNOPPOSED MOTION FOR** |
| SYCAMORE COMMUNITY SCHOOL | : | **EXTENSION TO FILE** |
| DISTRICT BOARD OF EDUCATION | : | **SUPPLEMENTAL APPLICATION FOR** |
| | : | **FOR ATTORNEYS' FEES, COSTS** |
| Defendant. | : | **AND INTEREST** |

Plaintiff Cheryl Southerland, by counsel, moves the Court without opposition for an extension to file Plaintiff's Supplemental Application for further attorneys' fees, costs and interest.

The U.S. Court of Appeals, Sixth Circuit, on December 17, 2004 affirmed this Court's previous judgment in favor of Plaintiff. The current deadline to file Plaintiff's Supplemental Application is believed to be December 31, 2004. Plaintiff requests an additional 14 days from the current deadline to submit her application on or before January 14, 2005. The parties' counsel have conferred and Defendant does not oppose Plaintiff's motion.

Respectfully submitted,

/s/ Mark W. Napier
Randolph H. Freking (#0009158)
Mark W. Napier (#0019700)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
Phone: (513) 721-1975
Fax: (513) 651-2570
mnapier@frekingandbetz.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 29, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/ Mark W. Napier