**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| CHERYL A. SOUTHERLAND | : Case No. C-1-02-162 |
| Plaintiff, | : J. Spiegel |
| v. | : |
| SYCAMORE COMMUNITY SCHOOL DISTRICT BOARD OF EDUCATION | : UNOPPOSED MOTION FOR EXTENSION TO FILE SUPPLEMENTAL APPLICATION FOR FOR ATTORNEYS' FEES, COSTS |
| Defendant. | : AND INTEREST |



      Plaintiff Cheryl Southerland, by counsel, moves the Court without opposition for an extension to file Plaintiff's Supplemental Application for further attorneys' fees, costs and interest.

      The U.S. Court of Appeals, Sixth Circuit, on December 17, 2004 affirmed this Court's previous judgment in favor of Plaintiff. The current deadline to file Plaintiff's Supplemental Application is believed to be December 31, 2004. Plaintiff requests an additional 14 days from the current deadline to submit her application on or before January 14, 2005. The parties' counsel have conferred and Defendant does not oppose Plaintiff's motion.

      Respectfully submitted,

      /s/ Mark W. Napier
      Randolph H. Freking (#0009158)
      Mark W. Napier (#0019700)
      Trial Attorneys for Plaintiff
      FREKING & BETZ
      215 East Ninth Street, Fifth Floor
      Cincinnati, OH 45202
      Phone: (513) 721-1975
      Fax: (513) 651-2570
      mnapier@frekingandbetz.com