**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 03-4189

Filed: January 10, 2005

1:02CV162

CHERYL A. SOUTHERLAND

      Plaintiff - Appellee

  v.

SYCAMORE COMMUNITY SCHOOL DISTRICT BOARD OF EDUCATION

      Defendant - Appellant

**MANDATE**

Pursuant to the court's disposition that was filed 12/17/04
the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ..........$
Printing ............$

      Total ........$

Deputy Clerk