Summary of Billable Hours and Costs

Cheryl Southerland v. Sycamore Community School District Board of Education
Case No.: C-1-02-162

| Freking & Betz Attorneys/Paralegals | Total No. of Hours | Hourly Rate | Total |
|---|---|---|---|
| Randolph H. Freking | 16.5 | 365 | $6,022.50 |
| Mark W. Napier | 18.7 | 260 | $4,862.00 |
| Tod J. Thompson | 125.9 | 150 | $18,885.00 |
| Ronald E. Seibel | 3.7 | 125 | $462.50 |
| Megan E. Clark | 0.4 | 210 | $84.00 |
| Kathi J. Huber | 1.0 | 85 | $85.00 |
| Clinton R. Collins | 1.9 | 85 | $161.50 |
| Jennifer Trakas | 0.7 | 65 | $45.50 |
| Angel Carpenter | 1.2 | 65 | $78.00 |
| Law Clerks (various) | 5.0 | 50 | $250.00 |
| Legal Assistant | 2.4 | 25 | $60.00 |

| | | | |
|---|---|---|---|
| Total Fees | | | 30,996.00 |
| Post-Judgment Interest | | | 7,368.12 |
| Total Costs | | | $892.53 |
| Total Fees, Costs & Interest | | | $39,256.65 |


EXHIBIT A