**FREKING & BETZ**
**215 EAST NINTH STREET**
**FIFTH FLOOR**
**CINCINNATI, OH  45202**
**(513) 721-1975**

```
CHERYL SOUTHERLAND                                              Page: 1
3646 PROVILLO ROAD                                   January 13, 2005
MORROW   OH  45152                                Client Number  2036S
                                                  Statement No:  26758
LITIGATION - SYCAMORE COMMUNITY SCHOOL
                                                  STATEMENT FOR SERVICES
```

Professional services

|  |  | Hours |
|---|---|---|
| 09/15/03 MWN | Telephone conference with Cheryl. | 0.20 |
| 09/17/03 MWN | Review Mediation Conference Notice. | 0.10 |
| LA | Update pleading board. | 0.10 |
| 09/18/03 LA | Update pleading board. | 0.10 |
| 09/19/03 MWN | Review research memo. | 0.20 |
| 09/26/03 MWN | Review correspondence and Civil Appeal documents. | 0.20 |
| 10/02/03 LA | Update pleading board. | 0.10 |
| 10/12/03 RHF | Review file; draft letter. | 0.30 |
| 10/15/03 MWN | Conference with Randy Freking; telephone conference with Cheryl. | 0.30 |
| RHF | Conference with Mark Napier | 0.10 |
| 10/16/03 MWN | Review file; preparation for Mediation settlement conference; conference with Cheryl; attend settlement conference; update CSR. | 3.30 |
| JT | Conference with Mark Napier regarding miscellaneous tasks; search for Pleadings; conference with Jenna White; organize documents. | 0.50 |
| MWN | Conference with Jennifer Trakas | 0.10 |
| 11/04/03 MWN | Review Notice of Electronic Filing; e-mail to Ron Seibel. | 0.20 |
| 11/05/03 RHF | Review Order. | 0.10 |
| 11/10/03 LA | Update pleading board. | 0.10 |
| 11/13/03 RES | Review file. | 0.30 |
| 11/17/03 MWN | Review Notice of Filing; e-mail to Ron Seibel. | 0.10 |
| 11/21/03 LA | Update pleading board. | 0.10 |
| MWN | Review Notice of Filings. | 0.10 |

EXHIBIT B

```
                                                                  Page: 2
       CHERYL SOUTHERLAND                                 January 13, 2005
                                                      Client Number  2036S
                                                      Statement No:  26758
           LITIGATION - SYCAMORE COMMUNITY SCHOOL




                                                                    Hours
11/24/03 RES Telephone conference with 6th Circuit clerk's office.   0.30

11/25/03 RES Telephone conference with 6th Circuit; review file.     0.70

12/01/03 RES Review file; letters to S. Oxford; file.                0.70
         MWN Review correspondence from S. Oxford; note to Ron Seibel. 0.20
         MWN Voice Mail from Ron Seibel; note to Ron Seibel.         0.10
         RES Review voice mail and note - Mark Napier                0.10

12/02/03 RES Review letter.                                          0.30

12/03/03 RHF Review notice; review correspondence from EEOC; draft
             memo to Mark Napier.                                    0.40

12/04/03 MWN Review memo - Randy Freking                             0.10

12/09/03 MWN Review briefing schedule.                               0.20

12/10/03 MWN Conference with Ron Seibel; e-mail to same.             0.20
         RES Conference with Mark Napier                             0.10

12/16/03 KJH Telephone conference with J. Wolfer; conference with Ron
             Seibel; e-mail to Beth Schirmer.                        0.40
         RES Review file.                                            0.80
         RES Conference with Kathi Huber                             0.10

12/19/03 LA  Update pleading board.                                  0.10
         RHF Draft e-mail - Mark Napier                              0.10

12/22/03 MWN Review e-mail from Randy Freking; reply to same.        0.10

12/23/03 RHF Review e-mail - Mark Napier                             0.10

12/30/03 MWN Conference with Ann Koize Wittenauer.                   0.10
         AKW Conference with Mark Napier                             0.10

12/31/03 RES Review file                                             0.20

01/14/04 MWN Telephone conference with Cheryl; telephone call to Karen
             Pavy, Tod Thompson and Randy Freking.                   0.20
         TT  Telephone conference with Mark Napier                   0.10
         RHF Telephone conference with Mark Napier                   0.10

01/15/04 MWN Review Appellate's Proof Brief; draft letter to S.
             Oxford.                                                 0.80
         TT  Research appeal.                                        2.00
         TT  Research appeal brief.                                  2.50

01/19/04 MWN Draft e-mail to Randy Freking and Tod Thompson.         0.10
         RHF Review brief.                                           1.00
         RHF Review e-mail - Mark Napier                             0.10
         TT  Review e-mail - Mark Napier                             0.10
```

```
                                                              Page:   3
    CHERYL SOUTHERLAND                                  January 13, 2005
                                                    Client Number  2036S
                                                    Statement No:  26758

         LITIGATION - SYCAMORE COMMUNITY SCHOOL




                                                              Hours
01/20/04 RHF Draft memo regarding EEOC.                        0.10

01/21/04 TT  Review appeal brief; research appeal.             5.70

01/26/04 TT  Conference with Mark Napier; review file.         0.20
         MWN Conference with Tod Thompson                      0.30

01/27/04 TT  Locate number for Susan Oxford; telephone conference with
             same.                                             0.20
         RHF Review Tod Thompson memo regarding EEOC.          0.20
         MWN Review appellate brief; preparation of attorney notes.  1.00

02/03/04 TT  Research; preparation of appeal brief.            5.80

02/04/04 LC  Research; review file.                            5.00
         MWN Conference with Tod Thompson.                     0.50
         TT  Conference with Mark Napier.                      0.40

02/05/04 MWN Conference with Randy Freking                     0.30
         RHF Conference with Mark Napier.                      0.30
         TT  Research appeal brief.                            1.10
         TT  Research appeal brief.                            0.60
         TT  Draft appeal brief; research appeal brief.        4.40

02/06/04 RHF Conference with Tod Thompson regarding brief.     0.50
         TT  Conference with Randy Freking regarding brief.    0.50

02/09/04 TT  Research appeal brief.                            3.20

02/10/04 AC  Conference with Kathi Huber; telephone conference with
             Tod Thompson.                                     0.30
         TT  Conference with Ron Seibel; telephone conference with
             Angel Carpenter; voice mail to Angel Carpenter; draft
             brief; research brief.                            9.60
         RES Conference with Tod Thompson                      0.10
         KJH Conference with Angel Carpenter                   0.10

02/11/04 TT  Draft brief.                                      3.80
         TT  Draft brief.                                     10.00

02/12/04 AC  Conference with Tod Thompson and Mark Napier; review
             file.                                             0.50
         MWN Conference with Tod Thompson; conference with Angel
             Carpenter                                         0.70
         TT  Draft brief; conference with Mark Napier; conferences
             with Angel Carpenter; conferences with Megan Clark  16.10
         MEC Conference with Tod Thompson                      0.10

02/13/04 TT  Draft brief; conference with Sheila Smith.       11.10

02/14/04 TT  Draft brief.                                     14.10

02/16/04 RHF Conference with Tod Thompson; review draft of brief.  2.00
         MWN Review draft appellee brief.                      1.00
```

```
                                                                   Page: 4
     CHERYL SOUTHERLAND                                   January 13, 2005
                                                     Client Number   2036S
                                                     Statement No:   26758

     LITIGATION - SYCAMORE COMMUNITY SCHOOL



                                                                    Hours
             TT  Draft appellate brief.                             12.00
             RHF Conference with Randy Freking                       0.20
             TT  Conference with Randy Freking; conference with Kathi
                 Huber and conference with Clint Collins             0.40

  02/17/04 KJH Prepare application to admit Tod Thompson to 6th Circuit;
               conference with Tod Thompson.                         0.30
           RHF Revise brief; conference with Tod Thompson.           0.50
           CRC Conference with Tod Thompson; preparation of brief for
               filing.                                               0.30

  02/25/04 LA   Update pleading board.                               0.10

  03/05/04 MWN Voice Mail - Tod Thompson                             0.10

  03/08/04 TT   Review voice mail from Mark Napier; conference with Mark
                Napier; conference with Kathi Huber; voice mail to 6th
                Circuit; review docket; conference with Mark Napier. 0.70
           TT   Review reply brief.                                  0.30
           MWN Conference with Tod Thompson                          0.10
           KJH Conference with Tod Thompson                          0.10

  03/09/04 RHF Review reply brief.                                   0.50

  03/10/04 MWN Review Appellate's Reply Brief.                       0.40

  03/12/04 LA   Update pleading board.                               0.10

  03/22/04 MWN Review joint appendix and correspondence; note to Tod
               Thompson.                                             0.20

  03/23/04 TT   Review note - Mark Napier                            0.10

  03/29/04 TT   Conference with Clint Collins.                       0.10

  03/30/04 TT   Finalize brief.                                      1.80

  03/31/04 MWN Conference with Tod Thompson.                         0.30
           TT   Finalize brief.                                      1.50
           TT   Telephone conference with opposing counsel; conference
                with Megan Clark; conferences with Mark Napier; telephone
                conference with V. Fields; telephone conference with
                opposing counsel; conference with Randy Freking.     0.80
           RHF Conference with Tod Thompson                          0.20
           MEC Conference with Tod Thompson                          0.10

  04/01/04 TT   Review file; telephone conference with V. Fields.    0.20

  04/02/04 LA   Update pleading board.                               0.10

  04/06/04 LA   Update pleading board.                               0.10

  04/07/04 TT   Prepare Final Brief for filing                       1.30
           TT   Prepare Final Brief for filing                       3.40
```

```
                                                                    Page: 5
       CHERYL SOUTHERLAND                                  January 13, 2005
                                                       Client Number  2036S
                                                       Statement No: 26758

       LITIGATION - SYCAMORE COMMUNITY SCHOOL




                                                                    Hours
04/13/04 AC  Conference with Tod Thompson.                           0.20
         TT  Telephone conference regarding appeal.                  0.10
         TT  Conference with Angel Carpenter.                        0.20

04/14/04 TT  Telephone conference with L. Oaks; conference with Angel
             Carpenter; conference with Clint Collins.               0.40
         AC  Conference with Tod Thompson                            0.10
         CRC Conference with Tod Thompson                            0.10

05/07/04 CRC Prepare brief for filing; conference with Tod Thompson. 1.50
         TT  Conference with Clint Collins                           0.10

05/11/04 LA  Update pleading board.                                  0.30

05/17/04 LA  Update pleading board.                                  0.10

05/18/04 TT  Final Brief.                                            3.50

05/21/04 JT  Telephone call to Court (left message).                 0.10
         JT  Telephone conference with Court regarding brief.        0.10

09/11/04 RHF Review Notice                                           0.20

09/13/04 MWN Review Oral Argument Notice                             0.10

09/15/04 LA  Update pleading board.                                  0.10

10/04/04 MWN Telephone conference with Cheryl                        0.30

10/12/04 KJH Update pleading board.                                  0.10

10/25/04 RHF Conference with Mark Napier; Conference with Tod
             Thompson; Prepare for Oral Argument                     2.50
         TT  Conference with Mark Napier; Conference with Mark Napier
             and Randy Freking; Research App. Justices               0.50
         TT  Research Justices - App 6th Circuit                     1.20
         MWN Conference with Randy Freking and Tod Thompson          0.50

10/27/04 RHF Prepare for Oral Argument; Conference with Mark Napier
             and Tod Thompson; Oral Argument - Court of Appeals      5.70
         TT  Attend Oral Argument in 6th Circuit; Conference with
             Randy Freking and Mark Napier; Conference with Angel
             Carpenter                                               1.30
         MWN Attend Court of Appeal's Oral Argument; Conference with
             Randy Freking and Tod Thompson; Telephone conference with
             Cheryl                                                  2.50
         AC  Conference with Tod Thompson                            0.10

12/07/04 LA  Input/Update pleading board.                            0.10

12/20/04 MWN Conference with Tod Thompson; Review Court Decision and
             correspondence; Telephone call to Cheryl (left message) 0.50
         MWN Conference with Randy Freking                           0.20
         TT  Conference with Mark Napier and Randy Freking           0.10
```

```
CHERYL SOUTHERLAND                                                      Page:  6
                                                              January 13, 2005
                                                              Client Number  2036S
        LITIGATION - SYCAMORE COMMUNITY SCHOOL                Statement No:  26758
```

|  |  |  | Hours |
|---|---|---|---|
|  | RHF | Conference with Mark Napier; conference with Tod Thompson | 0.20 |
| 12/21/04 | MWN | Draft e-mail to Tod Thompson; Telephone conference with Cheryl | 0.40 |
|  | TT | Review e-mail - Mark Napier | 0.10 |
| 12/22/04 | MWN | Review e-mail and reply to same | 0.20 |
|  | MWN | Draft Motion for Fees; Conference with Heather Waldron | 1.20 |
|  | TT | Draft e-mail - Mark Napier | 0.10 |
|  | LA | Conference with Mark Napier; review file | 0.20 |
| 12/29/04 | MWN | Review draft fee application; Conference with Pat Scriveri | 0.20 |
|  | MWN | Review e-mail from Tod Thompson and reply to same | 0.10 |
|  | MWN | Conference with Tod Thompson; Review draft Motion | 0.30 |
|  | MWN | Review Notice | 0.10 |
|  | TT | Review Application Order | 1.00 |
|  | TT | Conference with Mark Napier | 0.30 |
|  | TT | Research regarding attorney fees | 1.30 |
|  | TT | Conference with Megan Clark | 0.10 |
|  | TT | Telephone conference with Southern District Court; Left message for Sixth Circuit | 0.20 |
|  | TT | Conference with Mark Napier | 0.20 |
|  | TT | Revise and file Motion | 0.40 |
|  | TT | Draft Motion | 0.70 |
|  | MEC | Conference with Tod Thompson | 0.10 |
|  | MWN | Conference with Tod Thompson | 0.10 |
|  | MEC | Conference with Tod Thompson. | 0.10 |
| 01/03/05 | MWN | Review Notice; Draft e-mail to Heather Waldron | 0.10 |
|  | LA | Review e-mail - Mark Napier | 0.10 |
| 01/05/05 | RHF | Review file; Conference with Heather; Conference with Mark; Draft letter-Gary Winters | 1.00 |
|  | MWN | Conference with Randy Freking | 0.10 |
|  | LA | Conference with Randy Freking | 0.10 |
| 01/10/05 | LA | Voice Mail - Randy Freking; review voice mail from Randy Freking | 0.10 |
|  | RHF | Review voice mail - Heather Waldron; reply to same | 0.10 |
| 01/11/05 | LA | Review file regarding application | 0.30 |

```
            For professional services                        177.50  30,996.00

                                                                     30,996.00
```