Date: 01/13/05          Detail Cost Transaction File List          Page: 1
                              Freking & Betz

| Client | Date | Tmkr | E/A | Src | HP | TX | BC | RC | Tcd | CT | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2036 | 10/31/03 | 6 | E | | P | | | | 31 | 0 | 458.40 | Court Reporter - Lisa Weisenberger; Jury Trial - copy of transcript. SOUTHERLAND/CHERYL LITIGATION - SYCAMORE COMMUNITY SCHOOL | 40 |
| 2036 | 12/18/03 | 6 | E | | P | | | | 31 | 0 | 199.20 | Court Reporter - Julie Wolfer - 3 day trial transcript SOUTHERLAND/CHERYL LITIGATION - SYCAMORE COMMUNITY SCHOOL | 41 |
| 2036 | 12/19/03 | 6 | E | | P | | | | 31 | 0 | 224.93 | Court Reporter - Mary Ann Ranz SOUTHERLAND/CHERYL LITIGATION - SYCAMORE COMMUNITY SCHOOL | 42 |
| 2036 | 02/09/04 | 6 | E | | P | | | | 59 | 0 | 10.00 | UNITED STATES DISTRICT COURT - copies SOUTHERLAND/CHERYL LITIGATION - SYCAMORE COMMUNITY SCHOOL | 43 |
| 2036 | 01/13/05 | 22 | E | | P | | | 7 | 32 | 0 | 7368.12 | Post-Judgment Interest SOUTHERLAND/CHERYL LITIGATION - SYCAMORE COMMUNITY SCHOOL | 44 |

Total for Client ID 2036      Billable     8260.65 SOUTHERLAND/CHERYL
                                 Total        8260.65 LITIGATION - SYCAMORE COMMUNITY SCHOOL

Grand Totals                Billable     8260.65
                                 Total        8260.65



EXHIBIT C