**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

```
CHERYL A. SOUTHERLAND,          :

        Plaintiff,

                                :
        v.
                                    Case No.: 1:02-cv-00162

SYCAMORE COMMUNITY SCHOOL       :
DISTRICT BOARD OF EDUCATION,
et al.

        Defendants.             :   NOTICE
```

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions and trial exhibits on file for this case which are no longer needed by the Court. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be disposed as waste within 15 days of the date of this notice if arrangements are not made to retrieve them.

```
                        S. Arthur Spiegel
                        United States Senior District Judge


                        By: s/Kevin Moser
                            Kevin Moser
                            Case Manager
                            (513) 564-7620
```