```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

| | | |
|---|---|---|
| CHARYL A. SOUTHERLAND, | : | |
| Plaintiff, | : | Case No.: 1:02-cv-00162 |
| | : | |
| v. | : | |
| | : | |
| SYCAMORE COMMUNITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | : | **NOTICE** |
| | : | |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 54), the depositions and trial exhibits filed in the case are hereby disposed of as waste on this date.

Date: <u>July 8, 2005</u>

        S. Arthur Spiegel
        United States Senior District Judge

    By: <u>s/Kevin Moser</u>
        Kevin Moser
        Case Manager
        (513) 564-7620