UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHERYL A. SOUTHERLAND     CASE NO.: C-1-02-162

    Plaintiff,     (J. Spiegel)

vs.

SYCAMORE COMMUNITY SCHOOL     **SATISFACTION OF JUDGMENT**
DISTRICT BOARD OF EDUCATION

    Defendant.

The Judgment entered by the Court in this matter, including all judgments for attorney fees, having been satisfied, such satisfaction is hereby entered on the record.

_____
S. Arthur Spiegel, JUDGE
United States District Court

_____
Mark W. Napier    0019700
Attorney for Plaintiff
FREKING & BETZ
215 East Ninth Street, 5th Floor
Cincinnati, OH 45202
(513) 721-1975 phone
mnapier@frekingandbetz.com

_____
R. Gary Winters   0018680
Attorney for Defendant
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202
(513) 421-4646 phone
rgwinters@mimlaw.com